# Court of Appeals
# of the State of Georgia

ATLANTA, April 26, 2013

*The Court of Appeals hereby passes the following order*

**A13D0306. KEVIN LEWIS NICHOLS v. SEX OFFENDER REGISTRATION REVIEW BOARD.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2011CV206003



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, April 26, 2013.

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, Clerk.